JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED PETROVICH,<br><br>              Petitioner,<br><br>     v.<br><br>K. HOLLAND, Warden,<br><br>              Respondent. | Case No.  SACV-15-01569-JVS (KES)<br><br>**JUDGMENT** |

     Pursuant to the Court's Order Accepting Findings and Recommendations of the United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED:  October 31, 2016

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE